# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND JACKSON, ) | 3:19-cv-00115-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | October 7, 2020 |
| STATE OF NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Emergency Motion Extending Time to Process Service (ECF No. 40).  Plaintiff requests an additional "90 days to complete process of service" as to Defendant Munichin. (*Id.*)

On May 27, 2020, the court ordered the Office of the Attorney General to ascertain the identity of Defendant Munichin  "based on Plaintiff's indication that she was employed at Ely State Prison on the date of the incident."  (ECF No. 23.)

On June 11, 2020, Defendants filed an Amended Notice of Acceptance of Service stating "Service is not accepted on behalf of '*Munchin*' who after reasonable inquiry and due diligence, IS not identiable." (ECF No. 28 at 2; emphasis added.)

It appears to the court that the Office of the Attorney General may have Defendant Munichin's name spelled incorrectly.  In Plaintiff Complaint (ECF No. 9) and in the court's Screening Order (ECF No. 8), Defendant Munichin's name is spelled differently than what the Office of the Attorney General has listed in their Amended Notice of Appearance of Service (ECF No. 28).

/ / /

MINUTES OF THE COURT
3:19-cv-00115-MMD-WGC
October 7, 2020
Page Two
_____/


      **IT IS THEREFORE ORDERED** that the Office of the Attorney General shall file **within fifteen (15) days of the date of this order** a notice indicating if they are able to ascertain the identity of Defendant *Munichin* and also advise whether, if the name of the Defendant is Munichin, whether the Office of the Attorney General can accept service for this individual.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion Extending Process of Service (ECF No. 40) is **GRANTED** to the extent that the deadline for service on Defendant Munichin is **VACATED** to be re-set once the Office of the Attorney General files its notice regarding the clarification/identity of this Defendant.

                                DEBRA K. KEMPI, CLERK

                                By: _____/s/_____
                                       Deputy Clerk