1   AARON D. FORD
       Attorney General
2   NATHAN C. HOLLAND, Bar No. 15247
       Deputy Attorney General
3   State of Nevada
    100 N. Carson Street
4   Carson City, NV 89701-4717
    Tel: (775) 684-1254
5   E-mail: NHolland@ag.nv.gov

6   *Attorneys for Defendant,*
    *Jayson Artinger, Gregory Martin,*
7   *and Denita Munster*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  RAYMOND JACKSON,

12                Plaintiff,          Case No.  3:19-cv-00115-MMD-WGC

13  v.                                **STIPULATION AND ORDER OF**
                                      **DISMISSAL WITH PREJUDICE**
14
    STATE OF NEVADA, et al.
15
                  Defendants.
16

17       It is hereby stipulated and agreed by and between Plaintiff, Raymond Jackson, and

18  all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                            1

General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice. Each party will bear their own attorney fees and costs.

Dated: 10-23-21

Dated: 6/28/2021

AARON D. FORD
Attorney General

By: /s/NathanC. Holland
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
Attorneys for Defendants

Raymond Jackson, Plaintiff
*Pro Se*

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

DATED: June 28, 2021 , 2021.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 28th day of June, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Raymond Jackson, #1113737
High Desert State Prison
P. O. Box 650
Indian Springs, Nevada 89070
HDSP_LawLibrary@doc.nv.gov

_____/s/Perla M. Hernandez_____
An employee of the
Office of the Attorney General

3